IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PROSPORT CHIROPRACTIC
& WELLNESS, INC., A/A/O
VALDORAMA MIDY,

      Appellant,

v.

      Case No.    5D21-798
      LT Case No. 2015-CC-008099-O

MGA INSURANCE COMPANY,

      Appellee.

_____/

Decision filed May 31, 2022

Appeal from the County Court
for Orange County,
Elizabeth Starr, Judge.

Chad A. Barr, of Chad Bar Law,
Altamonte Springs, for Appellant.

Rebecca L. Delaney, Scott W. Dutton
and Christopher S. Dutton, of Dutton
Law Group, PA, Orlando, for Appellee.

PER CURIAM.

      AFFIRMED.

COHEN, EISNAUGLE and NARDELLA, JJ., concur.